IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:16-CV-00296-BR

**Denise Fowler,**

    Plaintiff,

v.

**The City of Wilmington, et al.,**

    Defendants

**Order**

Before the court is a Motion to Stay Discovery (D.E. 23) filed by Defendants. The Motion requests that the parties' obligation to conduct a Rule 26(f) conference and to submit a discovery plan be postponed until the pending dispositive motion is resolved. Defendants assert that Plaintiff does not object to the request for a stay.

For good cause shown, the Motion to Stay Discovery (D.E. 23) is granted. The parties shall conduct the Rule 26(f) conference and submit a discovery plan within 21 days of the resolution of the pending Motion to Dismiss.

Dated: February 22, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge